IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cadetto, Peter Paul

Printed: 03/03/09

Case Number: 07 B 10315
Judge: Squires, John H
Filed: 6/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2008
Confirmed: August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,500.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,400.00 |
| Trustee Fee: |  | 86.74 |
| Other Funds: |  | 13.26 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Michael White | Administrative | 1,400.00 | 1,400.00 |
| 2. | RoundUp Funding LLC | Unsecured | 916.01 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 924.77 | 0.00 |
| 4. | Seventh Avenue | Unsecured | 68.30 | 0.00 |
| 5. | Capital One | Unsecured | 468.64 | 0.00 |
| 6. | Ginny's | Unsecured | 109.66 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 465.26 | 0.00 |
| 8. | Swiss Colony | Unsecured | 250.02 | 0.00 |
| 9. | B-Real LLC | Unsecured | 335.23 | 0.00 |
| 10. | Fingerhut | Unsecured | 76.48 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,269.33 | 0.00 |
| 12. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
| 13. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,283.70 | $ 1,400.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 48.60 |
| 6.5% | 38.14 |
|  | $ 86.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cadetto, Peter Paul | Case Number:  07 B 10315 |
| | Judge:  Squires, John H |
| Printed: 03/03/09 | Filed:  6/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*